

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Sharpe, | Civil Action No.   15cv1834-H-JLB |
| Plaintiff, | |
| V. | |
| See Attached | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's entire action for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) and denies leave to amend as futile.

Date:     4/21/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ N. Peltier

N. Peltier, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**   15cv1834-H-JLB

California Correctional Healthcare Services; Calipatria State Prison; J. Lewis, Deputy Director, in official capacity; K. Reilly, Chief Executive Officer, in official capacity; Lucy Gutierrez, Healthcare Appeals Coordinator, in official capacity; Teressa Shetlton, Healthcare Contract Anylast, in official capacity;  Dr. Rummel, Optometrist, in official capacity; W Montgomery, Warden, in official capacity; P. Kuzil Ruan, Associate Warden, in official capacity; D. Whitcomb, CC II/Litigation Coordinator, in official capacity; Edmund G Brown, Jr, Governor of California, in official capacity; California Department of Corrections; Defendants.